AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FEB 1 3 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CRAIG PATRICK BURT | ) | Case No. |
| | ) | |
| | ) | JCS |
| | ) | 3  15  70167 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 30, 2015_____ in the county of _____San Francisco_____ in the _____Northern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct. |

This criminal complaint is based on these facts:

Please see the attached AFFIDAVIT OF FBI SPECIAL AGENT DAVID W. BROWN

Approved as to form _____[signature]_____ AUSA SHEILA A.G. ARMBRUST

☑ Continued on the attached sheet.

_____[signature]_____
*Complainant's signature*

David W. Brown, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/13/15

_____[signature]_____
*Judge's signature*

City and state: _____San Francisco, California_____   Hon. Joseph C. Spero, Chief Magistrate Judge
*Printed name and title*

# Penalty Sheet
## United States v. Craig Patrick Burt
### Complaint

## Offense Charged

18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct (Class B Felony)

## Maximum Penalties

30 years' imprisonment; $250,000 fine; five years' supervised release; mandatory $100 special assessment

## AFFIDAVIT OF DAVID W. BROWN IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent David W. Brown, Federal Bureau of Investigation (FBI), do swear and affirm as follows:

### INTRODUCTION

1. I make this affidavit in support of a criminal Complaint against CRAIG PATRICK BURT for violations of Title 18, United States Code, Section 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct.

2. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and the circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a Complaint, it does not set forth each and every fact that I, or others, have learned during the course of the investigation.

### AGENT BACKGROUND

3. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code Section 2516.

4. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since September 2009, and am currently assigned to the San Francisco Field Office, crimes against children squad. While employed by the FBI, I have investigated, among other things, federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Silicon Valley Internet Crimes Against Children (ICAC) Task Force and everyday work relating to conducting these types of investigations. I have received training in the areas of combatting child pornography and child exploitation, and have personally observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have attended the FBI online undercover training as well as training tailored to specific online networks utilized to share and distribute child pornography. I have participated in the investigation and arrests of numerous individuals suspected of committing crimes against children in both federal and state cases.

5. The facts stated in this affidavit are based on my personal knowledge, on information provided to me by other FBI Special Agents, on written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, including foreign law enforcement agencies as described below, on information gathered from the service of administrative subpoenas, on the results of physical and electronic surveillance conducted by federal agents, and on independent investigation and analysis by FBI Agents/Analysts and computer forensic professionals.

1

## APPLICABLE LAW

6.      Information that I have collected over the course of this investigation establishes probable cause to believe that there have been violations of the following federal law by BURT: Title 18, United States Code, Section 2423(b) – Travel with Intent to Engage in Illicit Sexual Activities.

## FACTS ESTABLISHING PROBABLE CAUSE

7.      In 2011, Craig Patrick BURT began corresponding with an unindicted co-conspirator ("LORRAINE") through a Yahoo! Inc. (Yahoo) Messenger account. Based on records obtained from Yahoo, I know that LORRAINE lives in the Philippines. BURT used different email accounts to correspond with LORRAINE, and those accounts include mountainman0007@yahoo.com, childrensgrace1@yahoo.com, goldendragon94560@yahoo.com, and childrensgrace1@gmail.com.

8.      Based on my research, I know that BURT has travelled to the Philippines on several occasions. I reviewed on the Internet an article dated January 2, 2008 entitled "Hayward man helps kids living in Philippines' villages," on the website www.insidebayarea.com. This article states that BURT helped to create the Children's Grace learning center, a charity for impoverished children living in the Philippines. In the article, BURT discusses a trip to the Philippines and his interaction with a "6-year-old girl named Rachelle," to whom he gave a dress.

9.      I reviewed records obtained from the Philippines Bureau of Immigration, and these records show that Craig Patrick Burt, born May 9, 1955 traveled to the Philippines nine times between 2000 and 2011, making two trips in 2011.

10.     Based on my review of emails and Yahoo Messenger chats, on July 16, 2013, LORRAINE sent nude photographs of three girls to BURT. LORRAINE told BURT that the girls were named [Victim 1], [Victim 2], (whom BURT nicknamed "lil bit"), and [Victim 3], aged 11, 10, and 13, respectively, and that the girls were living on the streets.

11.     Over the course of several Yahoo Messenger chats on July 16, 2013, BURT suggested that they work together and they discussed LORRAINE taking the girls in and that BURT would provide them with clothing, money for food and money that would allow them to rent a room. In exchange, BURT would receive from LORRAINE nude photographs and nude webcam shows in which the girls would perform sexual acts. In one chat from July 16, 2013, LORRAINE wrote that "[Victim 3] said she will show live naked for you if you can help her a little for their food and her siblings." Starting in or around July 16, 2013, and continuing on into 2014, BURT began to refer to their group as a "family," referring to himself as the girls' "daddy," and to LORRAINE as their "mommy."

12.     On July 16, 2013, Yahoo Messenger records detail a chat between LORRAINE and BURT, where I believe they are discussing using the children to make internet sex shows for money and in which BURT discusses providing money so that they can rent a room:

2

>mountainman0007(05:23:25 (UTC)):we will have to do shows to make some money she knows that correct?
>LORRAINE(05:24:04 (UTC)):yes
>LORRAINE(05:24:13 (UTC)):they will show so they can have money for them
>LORRAINE(05:24:20 (UTC)):so she can start school
>mountainman0007(05:24:54 (UTC)):ok honey but we willl do it so no one knows
>LORRAINE(05:25:24 (UTC)):yes we need to get a house for rent. so they ccan go out and come in.
>LORRAINE(05:25:33 (UTC)):not like here we live in room space
>LORRAINE(05:27:02 (UTC)):i hope u understand everything i want for them
>LORRAINE(05:27:11 (UTC)):so they can be safe and long time that we take care for you

13. On July 16, 2013, Yahoo Messenger records detail a chat between LORRAINE and BURT in which they discuss contact information. :

>mountainman0007(19:38:13 (UTC)):Wu has me as craig burt
>mountainman0007(19:38:54 (UTC)):But I use Patrick around friends
>LORRAINE(19:39:05 (UTC)):ok honey
>mountainman0007(19:39:26 (UTC)):15105989630 phone number

Based on my research, BURT's telephone number is (510) 598-9630.

14. On July 16, 2013, Yahoo Messenger records detail a chat between LORRAINE and BURT in which they further discuss contact information and how BURT can send money to LORRAINE:

>mountainman0007(17:38:45 (UTC)):i need your full name
>mountainman0007(17:38:50 (UTC)):and phone number
>LORRAINE(17:39:37 (UTC)):my name is [LORRAINE] but i dont have any valid id. if ur sending money you can send to my friend [J] Moises.
>LORRAINE(17:39:59 (UTC)):honey i dont have phone.
>LORRAINE(17:40:21 (UTC)):but i have my sis number 09216332017

15. On July 16, 2013, Western Union records show that BURT sent $30 money via Western Union from BURT to [J] Moises.

16. Based on my review of electronic records, from July 16, 2013 through January 2015, BURT and LORRAINE continued to correspond via Yahoo Messenger and email.

17. On July 16, 2013, LORRAINE sent four images of child pornography to BURT at his goldendragon94560@yahoo.com email account, and LORRAINE sent BURT one image

3

on November 5, 2013. The individuals in the images that I have reviewed appear to be three pre-pubescent Asian females between eight and twelve years old, nude, and engaged in sexual activity with each other. On November 5, 2013 goldendragon94560@yahoo.com replied to LORRAINE with "Very nice and [Victim 2] hair is very long now." On November 6, 2013, goldendragon94560@yahoo.com sent an email to LORRAINE with three pictures of an erect Caucasian penis as well as a photo of Mr. Burt fully nude. The signature block of this email from goldendragon94560@yahoo.com contained the name "C. Patrick Burt."

    18. On September 21, 2013, Yahoo Messenger records detail a chat between LORRAINE and BURT in which BURT discusses visiting the Philippines and having sexual relations with his "girls," whom I believe are the three pre-pubescent girls Victim 1, Victim 2, and Victim 3.

> mountainman0007(03:01:37 (UTC)):Yes
> mountainman0007(03:02:24 (UTC)):Im eating healthy so I can come ovrr snd tske care of my 3 girls he he he
> LORRAINE(03:12:09 (UTC)):hehhe
> LORRAINE(03:12:10 (UTC)):nice
> mountainman0007(03:16:05 (UTC)):So all my girls get some of daddys cock
> LORRAINE(03:16:13 (UTC)):yea
> mountainman0007(03:17:09 (UTC)):Everyone gets to take a ride
> mountainman0007(03:19:50 (UTC)):How's that sound
> LORRAINE(03:20:01 (UTC)):that is greta
> LORRAINE(03:20:04 (UTC)):we have nice family
> mountainman0007(03:20:10 (UTC)):Do u have a phone
> mountainman0007(03:20:37 (UTC)):Yes family that makes love together stays together
> LORRAINE(03:21:07 (UTC)):lol
> mountainman0007(03:24:36 (UTC))::-*:-*:-*
> LORRAINE(03:25:28 (UTC)):i love you daddy

    19. On November 6, 2013, LORRAINE sent two separate emails to BURT, using the childrensgrace1@gmail.com account. The first email contained the text "hello daddy I hope you like it" and an image of a nude pre-pubescent Asian female. The second email contained the text "hello daddy this is for u my great daddy" and a different image of a nude pre-pubescent Asian female. On November 6, 2013 childrensgrace1@gmail.com sent LORRAINE a response to the previous email with the text "They are both very nice love my babies..".

    20. LORRAINE sent 58 images of child pornography to BURT, using his mountainman0007@yahoo.com email account, from November 26, 2013 to August 29, 2014. The individuals in the images that I have reviewed appear to be two pre-pubescent Asian females between ten and twelve years old in various stages of undress, to include nudity, and with the children posed in various sexually suggestive positions. On November 4, 2014,

4

mountainman0007@yahoo.com sent LORRAINE an email titled "COCK FOR YOU ALL" containing four images of a penis, including one that included a nude torso that resembled Mr. Burt's torso. I have reviewed other images sent from mountainman0007@yahoo.com that show Mr. Burt nude from the waist up, so I have seen other photos of Mr. Burt's nude torso.

21. On November 18, 2013, Yahoo Messenger records detail a chat between LORRAINE and BURT, using the mountainman0007 Yahoo Messenger account, where BURT says he is "making up another box of stuff 1st box had matching thong panties for my babies yes different sizes lol".

22. On June 1, 2014, Yahoo Messenger records detail a chat between LORRAINE and BURT where I believe he is discussing the children and in which he refers to LORRAINE performing oral sex on [Victim 4]," whom I believe is another pre-pubescent Asian female who appeared in the photographs that BURT received from LORRAINE:

> mountainman0007(04:10:06 (UTC)):i want to see pics of them in school
> LORRAINE(04:10:43 (UTC)):yes
> LORRAINE(04:12:10 (UTC)):their pics
> LORRAINE(04:12:16 (UTC)):when i buy uniform
> LORRAINE(04:12:19 (UTC)):u will see them
> mountainman0007(04:12:22 (UTC)):yes
> LORRAINE(04:13:27 (UTC)):u
> LORRAINE(04:13:57 (UTC)):ur so hot
> mountainman0007(04:14:51 (UTC)):lol
> mountainman0007(04:15:10 (UTC)):well send me sexy pics of u too
> LORRAINE(04:15:10 (UTC)):ur hotter ... hot than summer hehe
> LORRAINE(04:15:13 (UTC)):lick ur neck
> LORRAINE(04:15:23 (UTC)):yes maybe tonigth when sis is sleeping
> mountainman0007(04:15:30 (UTC)):i want to see u licking [Victim 4] too

23. On July 7, 2014, BURT, using the mountainman0007@yahoo.com email account, received an email from LORRAINE containing 9 images of child pornography. Specifically the images depicted two Asian female children engaging in oral sex while clothed in black lace negligees with open crotch thongs. The children appeared to be in the age range of 10-13, as specified by LORRAINE.

24. On June 6, 2014, Yahoo Messenger records detail a chat between LORRAINE and BURT which I believe discuss BURT receiving photographs of the children and BURT having sexual relations with [Victim 3]:

> LORRAINE(05:26:50 (UTC)):its soooooo sllow to read
> mountainman0007(05:26:58 (UTC)):ok
> LORRAINE(05:27:02 (UTC)):maybe tonight i send more
> LORRAINE(05:29:40 (UTC)):i hope it make ur day

5

> mountainman0007(05:30:32 (UTC)):i think [Victim 3] needs daddys cock the most
> LORRAINE(05:30:42 (UTC)):yes she is so miss u alot
> LORRAINE(05:30:49 (UTC)):she say when she can have u all alone
> mountainman0007(05:30:50 (UTC)):she is so ripe and ready to make love
> LORRAINE(05:30:51 (UTC))::D
> LORRAINE(05:30:56 (UTC)):yes

25. Results from a federal search warrant served on the Yahoo email account childrensgrace1@yahoo.com show that BURT purchased an airline reservation to fly from San Francisco, California to Taipei, Taiwan on January 30, 2015 and from Taipei, Taiwan to Manila, Philippines on January 31, 2015. BURT is scheduled to fly from Manila, Philippines to Taipei Taiwan, and then from Taipei, Taiwan to San Francisco, California on February 15, 2015. On February 3, 2015, I was informed by members of United States Customs and Border Protection (CBP) that BURT departed the United States on January 30, 2015 from San Francisco to Taipei, Taiwan.

26. Results from a federal search warrant served on the Yahoo email account mountainman0007@yahoo.com show that on January 9, 2015, BURT told LORRAINE, "I will be over there soon, I will be there January 31st." On January 12, 2015, Yahoo Messenger records detail a chat between LORRAINE and BURT in which I believe that BURT and LORRAINE are discussing finding a place to rent where BURT can take the virginity of the children:

> LORRAINE(05:10:47 (UTC)):we need to move to that place ur babies afraid to sleep in street again
> LORRAINE(05:10:49 (UTC)):thanks daddy
> mountainman0007(05:10:52 (UTC)):I don't have it now I just spent lots of money, to go there 4 nothing
> LORRAINE(05:11:15 (UTC)):dont say nothing
> LORRAINE(05:11:40 (UTC)):u have us ur babies been pratice stuff for u so when u come they will do more pleasure for u
> mountainman0007(05:12:13 (UTC)):Well I have no place to stay with babies
> LORRAINE(05:12:20 (UTC)):u know ur babies want to give their virginity for u
> LORRAINE(05:12:34 (UTC)):that is why we need to get that cheap and safe place
> LORRAINE(05:12:41 (UTC)):2000 pesos
> mountainman0007(05:13:20 (UTC)):What part of I DON'T HAVE IT DON'T YOU UNDERSTAND

27. On January 18, 2015, Yahoo Messenger records detail a conversation between LORRAINE and BURT in which I believe that BURT is discussing paying for a room so that he can have sexual relations with the children:

6

mountainman0007(15:38:56 (UTC)):$50
LORRAINE(15:39:02 (UTC)):ahh i see
LORRAINE(15:39:22 (UTC)):sometimes western not good right
mountainman0007(15:39:45 (UTC)):Sometimes
mountainman0007(15:42:47 (UTC)):So I hope that is enough to get the room
LORRAINE(15:42:48 (UTC)):yes
LORRAINE(15:42:54 (UTC)):i will get a room
LORRAINE(15:43:02 (UTC)):and i will tell u all happen ok
mountainman0007(15:43:10 (UTC)):Okay
LORRAINE(15:43:27 (UTC)):i go now the mass is so nice and im tired walking all day bcoz no jeepney
mountainman0007(15:43:33 (UTC)):Daddy needs his dick sucked good
LORRAINE(15:43:41 (UTC)):so i need to rest tomorrow is moving in new plac
LORRAINE(15:43:42 (UTC)):e
LORRAINE(15:43:49 (UTC)):yes daddy we will do that to u
mountainman0007(15:43:50 (UTC)):Ok
mountainman0007(15:44:02 (UTC)):Who is best
LORRAINE(15:44:09 (UTC)):all babies are best
LORRAINE(15:44:14 (UTC)):they doing all for u
LORRAINE(15:44:18 (UTC)):to give u pleasure
mountainman0007(15:44:20 (UTC)):Okay
LORRAINE(15:44:26 (UTC)):[Victim 3] is ready for anal :D
mountainman0007(15:44:42 (UTC)):And I will make love to all of them
mountainman0007(15:45:01 (UTC)):Each gets to feel my cock in them
mountainman0007(15:45:11 (UTC)):Great

28. On January 29, 2015, BURT sent LORRAINE a Yahoo Messenger chat saying "remember that I'm staying at the Lotus Garden Hotel on Mabini st by the UNITED STATES EMBASSY." On the January 30, 2015, BURT sent LORRAINE a message saying "Lotus Garden Hotel on Mabini st." On January 31, 2015, BURT sent the following message in which I believe he is discussing meeting LORRAINE:

mountainman0007(00:58:37 (UTC)):Hello
mountainman0007(00:58:46 (UTC)):What's going on
mountainman0007(00:59:11 (UTC)):I will be leaving at 6am on Monday
mountainman0007(00:59:49 (UTC)):If you don't come over then I will give all the stuff away

29. On January 31, 2015, Yahoo sent an email to BURT at his mountainman0007@yahoo.com email account with the subject line "Unexpected sign-in

7

attempt," and stating that Yahoo had noticed "an attempt to sign in to your Yahoo account mountainman0007@yahoo.com from an unrecognized device in the Philippines." BURT responded to this email on January 31, 2015, saying "I'm overseas and trying to contact my friends here but you people are screwing things up this is the same phone I have used for 18 months get a FUCKING GRIP OPEN MY GOD DAMN MESSANGER."

30.     On February 2, 2015, after I believe that BURT had arrived in the Philippines, BURT sent the following Yahoo Messenger chat to LORRAINE, which I believe shows that he was in the Philippines looking to find LORRAINE and the children:

> mountainman0007(09:14:41 (UTC)):I talked to your sister and she said that you were not there
> 
> mountainman0007(11:15:50 (UTC)):I sent you $ 25 code number is 4158219741

## CONCLUSION

31. Based on the evidence set forth herein, there is probable cause to believe that on or about January 30, 2015, Craig Patrick BURT violated Title 18, United States Code, Section 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

DAVID W. BROWN
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on February 13, 2015.

HONORABLE JOSEPH C. SPERO
CHIEF UNITED STATES MAGISTRATE JUDGE

9