MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6961
Fax: (415) 436-7027
Email: sheila.armbrust@usdoj.gov

Attorneys for United States of America

FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY COURT ORDER

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CRAIG PATRICK BURT<br>Defendant. | CASE NO. 3 15 70167<br><br>**MOTION TO SEAL AND [PROPOSED] SEALING ORDER** |

The United States hereby moves the Court for an order sealing this Motion, the Complaint, the Arrest Warrant, the Sealing Order, and all other related documents in the above-captioned case until further order of the Court. The reason for this request is that disclosure of the existence of the Complaint and Arrest Warrant could compromise the safety of law enforcement agents in the execution of the Arrest Warrant. In addition, the requested sealing is reasonably necessary to protect against the potential destruction of evidence and to prevent the possible flight of the defendant.

The United States also requests that, notwithstanding any sealing order, the Clerk of Court be required to give copies of the sealed documents to employees of the United States Attorney's Office, and that they be permitted to provide working copies to Special Agents and other investigative officers of the United States Department of State, federally deputized state and local law enforcement officers,

2-mpn

other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and telecommunications companies as necessary to effectuate the Court's Order.

DATED: February 12, 2015

Respectfully Submitted,

MELINDA HAAG
United States Attorney

SHEILA A.G. ARMBRUST
Assistant United States Attorney

## [PROPOSED] SEALING ORDER

Based upon the motion of the United States and for good cause shown regarding the need to ensure the safety of law enforcement agents in the execution of the warrant, to protect against the potential destruction of evidence, and to prevent the possible flight of the defendant, the Motion, the Complaint, the Arrest Warrant, the Sealing Order, and all other related documents shall be sealed until further order of the Court. Endorsed, filed copies shall be provided to the United States Attorney's Office, which shall be permitted to provide working copies to Special Agents and other investigative officers of the United States Department of State, federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and telecommunications companies as necessary to effectuate the Court's Order.

IT IS SO ORDERED.

DATED: 2/13/15

HONORABLE JOSEPH C. SPERO
Chief United States Magistrate Judge