UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 6, 2015  **Time in Court:** 3 minutes  **Judge:** THELTON E. HENDERSON

**Case No.**: 15-cr-00137-TEH-1  **Case Name:** UNITED STATES v. CRAIG PATRICK BURT

**Attorney for United States of America:** Sheila Armbrust
**Attorney for Defendant:** Daniel Blank

**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Tana Ingle  **Court Reporter:** Debra Pas
**Interpreter:** n/a  **Probation Officer:** n/a

### PROCEEDINGS

1. Status Conference - held

### RESULT OF HEARING

CASE CONTINUED TO: **Monday, 05/18/2015, at 2:30 PM for further status**

Time excluded until 05/18/2015.  Time is excluded for effective preparation of counsel; Government shall prepare order.