STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant BURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 15-0137 TEH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| CRAIG PATRICK BURT, | ) | |
| Defendant. | ) | |

1   At the initial appearance before this Court on April 6, 2015, a status conference was set for
2   May 18, 2015, at 2:30 p.m., and time under the Speedy Trial Act was excluded for adequate
3   preparation of counsel.   Undersigned counsel for Mr. Burt has since become unavailable on that
4   date. Accordingly, the parties stipulate and jointly request that the status conference be reset for
5   June 1, 2015, at 2:30pm.  Time between May 18 and June 1 is excludable under the Speedy Trial Act
6   for continuity of counsel.

7   IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED:    May 4, 2015                    _____/s/_____
SHEILA ARMBRUST
Assistant United States Attorney

DATED:    May 4, 2015                    _____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Craig Patrick Burt

IT IS SO ORDERED.

DATED:  05/05/2015
_____
THELTON E. HENDERSON
United States District Judge

STIP. & PROP. ORDER EXCL. TIME            1