UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 1, 2015        **Time in Court:** 1 minute        **Judge:** THELTON E. HENDERSON

**Case No.:** 15-cr-00137-TEH-1    **Case Name:** UNITED STATES v. CRAIG PATRICK BURT

**Attorney for United States of America:** Sheila Armbrust
**Attorney for Defendant:** Daniel Blank

**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Tana Ingle                **Court Reporter:** Jo Ann Bryce
**Interpreter:** n/a                        **Probation Officer:** n/a

### PROCEEDINGS

1. Status Conference - held

### RESULT OF HEARING

CASE CONTINUED TO: **Monday, 06/15/2015, at 2:30 PM, for change of plea**