# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 15, 2015        **Time in Court:** 20 minute        **Judge:** THELTON E. HENDERSON

**Case No.:** 15-cr-00137-TEH-1    **Case Name:** UNITED STATES v. CRAIG PATRICK BURT

**Attorney for United States of America:** Sheila Armbrust
**Attorney for Defendant:** Daniel Blank

**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Tana Ingle                    **Court Reporter:** Victoria Valine
**Interpreter:** n/a                             **Probation Officer:** n/a

## PROCEEDINGS

1. Change of Plea - held

## RESULT OF HEARING

Plea Agreement signed.  Defendant sworn under oath and enters a plea of guilty to counts 3 and 4 of the Indictment.  The court accepted the plea of guilty.  Case is referred to probation for a presentence report.

CASE CONTINUED TO: **Monday, 09/14/2015, at 2:30 PM, for sentencing**