UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 14, 2015   **Time in Court:** 20 minutes   **Judge:** THELTON E. HENDERSON

**Case No.:** 15-cr-00137-TEH-1   **Case Name:** UNITED STATES v. CRAIG PATRICK BURT

**Attorney for United States of America:** Kevin Barry for Sheila Armbrust
**Attorney for Defendant:** Daniel Blank

**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Tana Ingle              **Court Reporter:** Belle Ball
**Interpreter:** n/a                      **Probation Officer:** Monica Romero

**PROCEEDINGS**

1. Sentencing - held

**RESULT OF HEARING**

Defendant is committed to the Bureau of Prisons for a term of 127 months on counts 3 and 4, to be served concurrently, followed by 5 years of supervised release.
Counts 1 and 2 are dismissed by the motion of the Government.
A special assessment fee of $200 is imposed.
See Judgment for special conditions.